# United States Court of Appeals for the Federal Circuit

---

**MYLAN PHARMACEUTICALS INC.,**
*Appellant*

**v.**

**MERCK SHARP & DOHME CORP.,**
*Appellee*

---

2021-2121

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-00040.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

September 29, 2022
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court