NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MYLAN PHARMACEUTICALS INC.,**
*Appellant*

v.

**MERCK SHARP & DOHME CORP.,**
*Appellee*

---

2021-2121

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-00040.

---

**ON MOTION**

---

PER CURIAM

**O R D E R**

Merck Sharp & Dohme Corp. moves for a thirty-day extension of time until January 18, 2023, by which to file a response Mylan Pharmaceuticals Inc.'s combined petition for panel rehearing and rehearing en banc.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

December 9, 2022
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court